**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lucille M. Kases**
Debtor(s)

Bankruptcy Case No.: 22−21685−GLT

Chapter: 13
Docket No.: 18 − 1, 16

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **August 30, 2022** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **October 18, 2022** and failure to meet that deadline would result in the dismissal of the case.

As of **October 24, 2022,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: October 24, 2022

Gregory L. Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-21685-GLT

Lucille M. Kases     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Oct 24, 2022     Form ID: 224     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lucille M. Kases, 1550 Napleon Street, Pittsburgh, PA 15216-3306 |
| 15510521 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15510529 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164 |
| 15510530 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 24 2022 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15514833 | | EDI: DISCOVER.COM | Oct 25 2022 03:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15510523 | + | EDI: DISCOVER.COM | Oct 25 2022 03:48:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15510524 | + | EDI: DISCOVER.COM | Oct 25 2022 03:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15510526 | + | Email/Text: bknotice@ercbpo.com | Oct 24 2022 23:51:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15510525 | + | Email/Text: bknotice@ercbpo.com | Oct 24 2022 23:51:00 | Enhanced Recovery Company, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15510528 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 24 2022 23:51:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15510527 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 24 2022 23:51:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15511268 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 24 2022 23:51:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15510529 | | EDI: LCIICSYSTEM | Oct 25 2022 03:48:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164 |
| 15510530 | | EDI: LCIICSYSTEM | Oct 25 2022 03:48:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164 |
| 15510531 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2022 23:51:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15510532 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2022 23:51:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15510522 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2022 23:51:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 24, 2022 | Form ID: 224 | Total Noticed: 19 |

| 15527216 | EDI: WFFC2 | | Oct 25 2022 03:48:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15510534 | + EDI: WFFC2 | | Oct 25 2022 03:48:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15510533 | + EDI: WFFC2 | | Oct 25 2022 03:48:00 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor Lucille M. Kases julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5